IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONY CASTLEBERG | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-09-CV-1354-M-BD |
| | § | |
| CITY OF DALLAS | § | |
| | § | |
| Defendant. | § | |

**ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court. Defendant's motion for summary judgment [Doc. #25] is granted in part and denied in part. The motion is granted with respect to plaintiff's section 1983 due process claim. In all other respects, the motion is denied.

SO ORDERED this 28th day of June, 2011.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS